UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § | NO: MO:12-CR-00340(3)-RAJ |
| | § | MO:14-CV-00037 |
| BRIAN CONNELL | § § | |

## FINAL JUDGMENT

On this day, the Court entered an Order adopting the Report and Recommendation of the Magistrate Judge and dismissing Movant's Motion to Vacate, Set Aside or Correct Sentence, filed pursuant to Title 28 U.S.C. §2255, for reasons clarified therein. The Court now enters its final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge is **ADOPTED IN ITS ENTIRETY** and Movant's Motion to Vacate is **DISMISSED AND DENIED.**

**IT IS FURTHER ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all other pending motions, if any, are **DENIED AS MOOT AND A CERTIFICATE OF APPEALABILITY WILL NOT ISSUE IN THIS CASE.**

**SIGNED** on this 20 day of March, 2015.

Robert Junell
Senior United States District Court Judge